McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CR.NO. 06-00203 AWI
                            )
        Plaintiff,          )  EX PARTE MOTION TO SEAL
                            )  INDICTMENT PURSUANT
    v.                      )  TO RULE 6(e), FEDERAL
                            )  FEDERAL RULES OF
                            )  CRIMINAL PROCEDURE
TRAVIS NEAL HARRIS, et.al.  )
                            )
        Defendants.         )
_____)

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 1, 2006, charging the above defendants with a violation of Title 18, United States Code, Sections 922(g)(1) - Felon in Possession of a Firearm and other violations be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

1  execution of the warrants.

2

3  DATED: June __1__ 2006                     Respectfully submitted,

4                                             McGREGOR W. SCOTT
                                              United States Attorney
5
                                              By /s/ Kimberly A. Kelly
6                                             KIMBERLY A. KELLY
                                              Assistant U.S. Attorney
7
8  ORDERED as prayed this __1st__ day of June 2006

9
                                    _____
10                                  U.S. Magistrate Judge

                    2