1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorneys
3  2500 Tulare Street
   Room 4401
4  Fresno, California  93721
   Telephone:  (559) 497-4000



FILED

JUN 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>          Plaintiff,  )  <br>  )  <br>     v.  )  <br>  )  <br> TRAVIS NEAL HARRIS and  )  <br> DAVID PAUL TOSCHAK  )  <br>  )  <br>          Defendant.  )  <br> _____) | Case No. 1:06-cr-00203 AWI <br><br> REQUEST BY THE UNITED <br> STATES TO UNSEAL <br> INDICTMENT AS TO <br> TRAVIS NEAL HARRIS <br> AND DAVID PAUL TOSCHAK |

     Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Criminal Indictment in the above-referenced matter as to **TRAVIS NEAL HARRIS** and **DAVID PAUL TOSCHAK** only.

DATED: June 20, 2006                  Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                By    /s/ Kimberly A. Kelly
                                      KIMBERLY A. KELLY
                                      Assistant U.S. Attorney

It is so ordered. 6/21/06
/s/ [signature]
U.S. Mag. Judge

1