```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. KELLY
    Assistant U.S. Attorneys
 3  2500 Tulare Street
    Room 4401
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
```

FILED

JUN 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00203 AWI |
| Plaintiff, | |
| v. | REQUEST BY THE UNITED STATES TO UNSEAL |
| BRIAN JONES | INDICTMENT AS TO BRIAN JONES |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Criminal Indictment in the above-referenced matter as to BRIAN JONES.

DATED: June 29, 2006                Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                By  /s/ Kimberly A. Kelly
                                    KIMBERLY A. KELLY
                                    Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: June 30, 2006

                                    _____
                                    Hon. LAWRENCE J. O'NEILL
                                    U.S. Magistrate Judge

1