| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
TRAVIS N. HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:06-cr-00203 AWI-1 |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| v. | ) STATUS CONFERENCE HEARING; |
| | ) ORDER THEREON |
| TRAVIS N. HARRIS, | ) |
| | ) Date:  October 21, 2011 |
| Defendant. | ) Time:  11:00 p.m. |
| | ) Dept : Hon. Dennis L.  Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for October 19, 2011, **may be continued to October 21, 2011, at 11:00 p.m. before Magistrate Judge Dennis L. Beck.**

The parties request this continuance for continuity of defense counsel.  The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

|||||
|---|---|---|---|
||||BENJAMIN B. WAGNER<br>United States Attorney|
|DATED: October 17, 2011||By:|/s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff|
||||DANIEL J. BRODERICK<br>Federal Defender|
|DATED: October 17, 2011||By:|/s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Travis Harris|

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:  **October 17, 2011**          /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE