

```
                   IN THE UNITED STATES DISTRICT COURT FOR THE

                          EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )
                                 )
          Plaintiffs,            )       No CR-06-203-AWI
                                 )
     vs.                         )       ORDER OF RELEASE
                                 )
TRAVIS NEAL HARRIS               )
                                 )
               Defendant.        )
_____)
```

The above named defendant having been sentenced on AUGUST 27 2012 TO WESTCARE for 6 months,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday August 30, 2012 at 10:00 a.m. to an agent of WESTCARE. A certified Judgment and Commitment order to follow.


DATED:  8-27-12

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1